UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Katheleen Castro v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10221-DRH |
| *Karalee Hirst v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13236-DRH |
| *Jillian Petrick v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10222-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 30, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.05 16:01:31 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT